1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MORIANO MILLARE,                       Case No.  2:20-cv-01297-DAD-JDP (PC)

12              Plaintiff,                    ORDER DIRECTING DEFENDANTS TO
                                              FILE DISPOSITIONAL DOCUMENTS
13         v.                                 WITHIN 180 DAYS FROM THE DATE OF
                                              THIS ORDER AND DENYING PLAINTIFF'S
14    M. VIRREY, *et al.*,                    MOTION TO STAY DISCOVERY AS MOOT

15              Defendants.                   ECF No. 44

16

17         On September 9, 2022, the parties notified the court that they reached a settlement

18   agreement resolving all claims in this case and request all pending motions be vacated.  ECF No.

19   48.  Defendants notified the court that they will file a joint motion to dismiss within 180 days.

20         In light of the settlement reached by the parties, it is hereby ORDERED that:

21         1.  Defendants shall file dispositional documents within 180 days from the date of this

22   order.

23         2.  Plaintiff's motion to stay discovery, ECF No. 44, is denied as moot.

24

25   IT IS SO ORDERED.

26

     Dated:    September 16, 2022          _____
27                                         JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE
28

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28